UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES CRENSHAW,<br><br>                      Petitioner<br><br>v.<br><br>THOMAS STACHELEK, et al.<br><br>                      Respondents. | CIVIL ACTION<br><br>No. 02-cv-0809 |

**ORDER**

AND NOW, this 12th day of August, 2009, for the reasons provided in the accompanying memorandum, it is ORDERED that petitioner Charles Crenshaw's motion for relief from judgment (docket no. 18) is DENIED.

                                                BY THE COURT:

                                                / s / Louis H. Pollak, J.
                                                Pollak, J.